**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **TARA HUBARA,**<br>*Plaintiff,*<br><br>**v.**<br><br>**MCGOWAN, HOOD, FELDER, & PHILLIPS LLC, a/k/a MCGOWAN, GOOD & FELDER, PLLC, et al.,**<br>*Defendants.* | **Civil No. 25-4762** |

**ORDER**

**AND NOW,** on this 17th day of August, 2026, upon consideration of Defendants' Motion to Dismiss (ECF No. 16) and all accompanying briefing and affidavits, it is hereby **ORDERED** that Defendants' Motion is **GRANTED.** This action is **DISMISSED** without prejudice and without leave to amend for want of personal jurisdiction. The Clerk of Court is hereby **ORDERED** to close this case.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge